IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| STEPHEN JONES, | ) | Case No. 4:11CV00046 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) | |
| | ) | By: Jackson L. Kiser |
| Defendant. | ) | Senior United States District Judge |

Before me is the Report and Recommendation of the United States Magistrate Judge recommending that an Order be entered granting the Commissioner of Social Security's Motion for Summary Judgment [ECF. No. 15], affirming the Commissioner's final decision, and dismissing this action from the docket of the Court. The Report and Recommendation was filed on July 24, 2012, from which date the parties had fourteen (14) days to file objections. No objections were filed. Accordingly, it is this day **ADJUDGED** and **ORDERED** that the Report and Recommendation shall be, and hereby is, **ADOPTED** in its entirety. The Commissioner's Motion for Summary Judgment is **GRANTED,** and the Commissioner's final decision is **AFFIRMED**. The clerk is hereby directed to dismiss this case from the docket of the Court.

The Clerk is directed to send a copy of this Order to all counsel of record as well as to United States Magistrate Judge B. Waugh Crigler.

ENTERED this 13th day of August, 2012

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE